IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:13-CR-094 |
| ) | |
| HARRY JOSEPH CANNON ) | |

## MEMORANDUM AND ORDER

This criminal case is before the court on the United States' motion for a continuance of the January 6, 2014 trial date [doc. 19]. Therein, the prosecution states that the parties are actively negotiating a plea agreement. The motion further indicates that defense counsel does not oppose the requested relief.

The court finds the motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the United States, the court finds that the failure to grant the motion would deny the parties reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the pending motion [doc. 19] is **GRANTED**, and the trial of this criminal case is **CONTINUED** to Tuesday, **March 4, 2014, at 9:00 a.m.** The new plea cutoff date is February 18, 2014.

ENTER:

      s/ Leon Jordan
United States District Judge

2

Case 2:13-cr-00094-RLJ   Document 20   Filed 12/30/13   Page 2 of 2   PageID #: 146