IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:13-CR-094 |
| ) | |
| HARRY JOSEPH CANNON ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the United States' motion for a continuance of the March 4, 2014 trial date [doc. 21]. Therein, the prosecution cites recent developments necessitating additional time to prepare for trial. The motion further indicates that defense counsel does not oppose the requested relief.

The court finds the motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the United States, the court finds that the failure to grant the motion would deny the parties reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the pending motion [doc. 21] is **GRANTED**, and the trial of this criminal case is **CONTINUED** to Tuesday, **June 10, 2014, at 9:00 a.m.**  The new plea cutoff date is May 19, 2014.

ENTER:

s/ Leon Jordan
United States District Judge